■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v VERNON JACKSON, Appellant. [941 NYS2d 521]—Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Queens County (Kron, J.), imposed June 28, 2010, on the ground that the sentence was excessive.

Ordered that the sentence is affirmed.

Contrary to the People's contention, the defendant did not validly waive his right to appeal (*see People v Lopez*, 6 NY3d 248, 256 [2006]; *People v Rosato*, 37 AD3d 741 [2007]). However, the sentence imposed was not excessive (*see People v Suitte*, 90 AD2d 80 [1982]). Mastro, A.P.J., Florio, Balkin and Chambers, JJ., concur.